# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                  **PLAINTIFF**

**V.**                      **CASE NO. 3:15-CV-00236 BRW/BD**

**JOEY MARTIN**                                                                     **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of October, 2015.


                                                      /s/Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE